# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**EDMOND MCCLINTON,**
ADC # 107846                                                                                                    **PETITIONER**

v.                    Case No. 5:14-cv-00212-KGB/JTK

**RAY HOBBS, Director,**
Arkansas Department of Correction                                                         **RESPONDENT**

## JUDGMENT

Pursuant to the Order that was entered on this date, is it considered, ordered, and adjudged that petitioner Edmond McClinton's petition for writ of habeas corpus is dismissed without prejudice. The relief sought is denied.

SO ADJUDGED this 30th day of October, 2014.

_____
Kristine G. Baker
United States District Judge